[Doc. No. 12]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| LEWIS CRUSCO,<br><br>        Plaintiff,<br><br>   v.<br><br>LOCAL 804 INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES,<br><br>        Defendant. | Civil No. 11-6893 (AMD) |

**ORDER**

THIS MATTER comes before the Court by way of motion for judgment on the pleadings [Doc. Entry 12] of Defendant, Local 804 International Alliance of Theatrical Stage Employees; and the Court having considered the parties' submissions and the Court having decided this matter pursuant to F$_{\text{ED}}$. R. C$_{\text{IV}}$. P. 78; and for the reasons stated in the Memorandum Opinion dated September 28, 2012;

IT IS on this 28th day of September 2012,

**ORDERED** that the motion [Doc. Entry 12] of the Defendant, Local 804 International Alliance of Theatrical Stage Employees, for judgment on the pleadings pursuant to F$_{\text{ED}}$. R. C$_{\text{IV}}$. P. 12(c) shall be, and is hereby, **GRANTED** as to Count One and Count Two of Plaintiff's complaint and **DISMISSED WITHOUT PREJUDICE** as to Count Three; and it is further

**ORDERED** that Count Three shall be, and is hereby, **REMANDED** pursuant to 28 U.S.C. § 1367(c)(3) to Superior Court of New Jersey, Law Division, Camden County, for further proceedings; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge